IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00446-FL

CRYSTAL L. RHOADES.,            )
                                )
        Plaintiff,               )
                                )
v.                              )
                                )
DUKE UNIVERSITY, DUKE UNIVERSITY )      **ORDER**
HEALTH SYSTEM, INC., DUKE CLINICAL )
RESEARCH INSTITUTE, JAMES C. JONES, )
in his capacity as Manager of the Duke )
Clinical Research Institute,     )
                                )
        Defendants.              )

This matter is before the Court on Defendants Duke University, Duke University Health System, Inc., Duke Clinical Research Institute, and James C. Jones's (collectively "Defendants" or "Duke") Consent Motion to Compel Arbitration and Stay Proceedings. Plaintiff's claims are subject to Duke's Dispute Resolution Process ("DRP") and Plaintiff consents to Defendants' motion. The DRP, along with a signed copy of Plaintiff's Acknowledgement of Receipt of the Duke Staff Handbook acknowledging his agreement to be bound by it, are attached to Defendants' Motion to Compel Arbitration. Accordingly, the Court finds that a valid agreement to arbitrate exists between the Plaintiff and Defendants with respect to the claims asserted in Plaintiff's Complaint.

IT IS THEREFORE ORDERED THAT Defendants' Consent Motion to Compel is GRANTED, and, pursuant to 9 U.S.C. § 3, this matter is STAYED pending arbitration of the issues herein. *

This  13  day of   February  , 2018.

                                              /s/ Louise Flanagan
                                              The Honorable Louise Wood Flanagan
                                              United States District Judge

\* Unfortunately, the court's entry of this order proposed 9/6/17 has been delayed due to unforeseen circumstance in case management. The court presumes the parties have entered by now into arbitration and requests a joint status report as to the status of this matter within 21 days hereof and every 6 months following until dismissal of the case.