IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:17-cv-00446-FL

| | |
|---|---|
| CRYSTAL RHOADES, )<br>       Plaintiff, )<br> )<br>vs. )<br> )<br>DUKE UNIVERSITY, DUKE UNIVERS- )<br>ITY HEALTH SYSTEM, INC., DUKE )<br>CLINICAL RESEARCH INSTITUTE, )<br>JAMES C. JONES in his capacity as )<br>Manager of the Duke Clinical Research )<br>Institute, )<br>       Defendants. )<br>_____/ | **ORDER GRANTING PLAINTIFF'S MOTION TO PLACE UNDER SEAL PLAINTIFF'S EXHIBIT #1 AND EXHIBIT #2** |

THIS MATTER having come before the Court upon the motion of the Plaintiff CRYSTAL RHOADES to place under seal Exhibit #1 and Exhibit #2 attached to document 26 (Voluntary Dismissal) pursuant to FRCP 5.2 (e), and the Court having reviewed Plaintiff's motion and attachements, now, therefore,

IT IS HEREBY ORDERED that the following Exhibits to document 26 (Plaintiff's Voluntary Dismissal) be placed under seal:

1. (1) Exhibit #1 to the proposed Voluntary Dismissal; and
2. (2) Exhibit #2 to the proposed Voluntary Dismissal.

This the 28 th day of September 2020.

_____
PRESIDING JUDGE